**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patrick Joseph VITARIUS,**
**Defendant–Appellant.**

**No. 14–15511**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 18, 2015.

Ramona Albin, Michael B. Billingsley, Daniel J. Fortune, Jacquelyn Mather Hutzell, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Mary Stuart Burrell, U.S. Attorney's Office, Huntsville, AL, for Plaintiff–Appellee.

William Scott Brower, Brower Law Office, Birmingham, AL, Patrick Joseph Vitarius, FCI Yazoo City Low–Inmate Legal Mail, Yazoo City, MS, for Defendant–Appellant.

Before JORDAN, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Patrick Joseph Vitarius, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Vitarius's revocation of release and sentence are **AFFIRMED.**